NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**LAWRENCE E. THOMPSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7015

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-2103, Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

The Secretary of Veterans Affairs moves without opposition to stay the briefing schedule in this appeal pending the United States Supreme Court's final disposition of *Henderson v. Shinseki*, 2010 WL 752370 (U.S. June 28, 2010).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule pending the Supreme Court's final disposition of *Henderson* is granted. The Secretary is directed to inform this court, within 14 days of the Supreme Court's final disposition of *Henderson*, concerning how he believes that this appeal should proceed. The appellant may also respond within that time.

FOR THE COURT

**DEC 2 2 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lawrence E. Thompson
    Scott D. Austin, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 2 2010

JAN HORBALY
CLERK